

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

Steven Wayne Bonilla

**Plaintiff,**

V.

Anthony J. Battaglia

**Defendant.**

Civil Action No. 18-cv-00941-CAB-BGS

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Dismisses this civil action based on Plaintiff's failure to pay the $400 civil filing and administrative fee required by 28 U.S.C. § 1914(a); Dismisses Plaintiff's Complaint as frivolous pursuant to 28 U.S.C. § 1915A(b)(1) and (2); Certifies that an IFP appeal in this case would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3); and Directs the Clerk of the Court to close the file. It Is So Ordered.

Date: 6/21/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J, Gutierrez

J, Gutierrez, Deputy